# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| **JOSEPH CASTELLANO**, <br><br> **Plaintiff,** <br><br> v. <br><br> **BRIGHAM YOUNG UNIVERSITY, SCOTT ELKINS and DAVID TUELLER** <br><br> **Defendants.** | **ORDER OF RECUSAL** <br><br> **Case No.  2:16-cv-01205** <br><br> **United States District Court Judge Jill N.  Parrish** <br><br> **Magistrate Judge Dustin B. Pead** |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 7th day of December, 2016.

_____
Dustin Pead
U.S. Federal Magistrate Judge